**SLIP OP. 01-46**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HONORABLE JAMES L. WATSON, SENIOR JUDGE**
-------------------------------------------------------------X

| | | |
|---|---|---|
| **MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,** | **:** | **COURT NO. 87-07-00778** |
| | **:** | |
| **Plaintiff,** | | |
| | **:** | |
| **v.** | | |
| | **:** | |
| **UNITED STATES,** | | |
| | **:** | |
| **Defendant.** | | |

-------------------------------------------------------------X

## JUDGMENT

In this case, issue was joined on October 19, 1987. No action has been taken by plaintiff to prosecute this case since December 1, 1987, on which date the plaintiff stipulated with defendant to a protective order. Accordingly, this action is dismissed for lack of prosecution.


DATED: April 17, 2001             _____
       New York, New York            James L. Watson, Senior Judge